UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SANJAY SOOKUL, *on behalf of himself and all others* :
*similarly situated*, :
: 
: 
Plaintiff, :   24 Civ. 300 (JPC)
:
-v- :   ORDER
:
MANTL, INC., :
:
Defendant. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 13, 2024, Plaintiff filed proof of service reflecting that Defendant was served with copies of the Summons and Complaint on January 31, 2024.  Dkt. 5.  Defendant's deadline to respond to the Complaint was therefore February 21, 2024.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant.  Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until April 23, 2024.  If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by April 30, 2024.

SO ORDERED.

Dated: April 16, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge