```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SANJAY SOOKUL, on behalf of himself and all others                     :
similarly situated,                                                    :
                                                                       :
                              Plaintiff,                               :      24 Civ. 300 (JPC)
                                                                       :
          -v-                                                          :           ORDER
                                                                       :
MANTL, INC.,                                                           :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 2, 2024, the Court issued an order that, *inter alia*, directed Plaintiff to serve his motion for default judgment and supporting paperwork on Defendant by May 16, 2024, and to thereafter file an Affidavit of Service of these documents on ECF by May 20, 2024.  Dkt. 10 ("Order") at 1.  On May 20, 2024, Plaintiff filed proof of service of the Order, but not the motion for default judgment and supporting paperwork.  Dkt. 14.  Accordingly, Plaintiff is directed to file an Affidavit of Service of his motion for default judgment and supporting paperwork by June 25, 2024 at 5:00 p.m.

SO ORDERED.

Dated: June 23, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge